# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 27, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160375(20)

JENNIFER BARTLETT, MICHAEL MCKINNEY,
MARY MCKINNEY, MAX LORINCZ, and
ERICA CHITTENDON,
        Plaintiffs-Appellants,

v

STATE OF MICHIGAN, DEPARTMENT OF
HEALTH AND HUMAN SERVICES,
DEPARTMENT OF HEALTH AND HUMAN
SERVICES DIRECTOR, HERMAN MCCALL,
HOLY CROSS CHILDREN SERVICES,
BETHANY CHRISTIAN SERVICES,
BETHANY CHRISTIAN SERVICES OF
MICHIGAN, KERRY JIPPING, CODY MAYHEM,
and ANDREA HAGEN,
        Defendants-Appellees.
_____/

SC: 160375
COA: 348294
Ct of Claims: 17-000325-MM

      On order of the Chief Justice, the motion of the state defendants-appellees to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before December 10, 2019.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 27, 2019



Clerk